**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| **N RE: JOSHUA ALLEN TERRY** | **Case No. 25-13419**<br>**(Chapter 13)** |
| **STATE OF ARKANSAS**<br>**OFFICE OF CHILD SUPPORT ENFORCEMENT**<br>Member Ref. No. 00102016 | **PETITIONER** |
| **vs.** | |
| **JOSHUA ALLEN TERRY**<br>**DEBTOR** | **RESPONDENT** |

**<u>OBJECTION TO CONFIRMATION OF PLAN</u>**

The State of Arkansas Office of Child Support Enforcement (OCSE), for its objection to the confirmation of the debtor's plan, states:

1. OCSE is an interested party in this proceeding because it holds unsecured priority claim against the debtor. Specifically, OCSE has been assigned the interest of Andrea L. Rideout to collect a domestic-support obligation (DSO) of $110.00 weekly owed to her by the debtor.

2. The debtor owes DSO arrears. 11 U.S.C. § 362(b)(2)(F) provides that the filing of a Chapter 13 bankruptcy action does not operate as a stay of the interception of a tax refund, as specified in sections 464 and 466(a)(3) of the Social Security Act or under an analogous state law. Debts that are DSOs are "priority debts" in bankruptcy actions. OCSE should be allowed to continue to certify for interception and intercept the debtor's tax refunds to satisfy the DSO arrears throughout the course of the bankruptcy. As debtor's proposed Chapter 13 plan proposes that debtor retain such refunds, OCSE prays that the Court deny confirmation of the plan. OCSE alternatively prays that, pursuant to 11 U.S.C. § 362(b)(2)(F), OCSE be allowed to retain throughout the duration of this case the ability to intercept the debtor's tax refunds to be applied to outstanding DSO arrears as allowed under state and federal law.

3. Pursuant to 11 U.S.C.§1325(a)(8), OCSE prays that the Court deny confirmation of the plan and dismiss the case because the debtor has not paid all amounts that are required to be paid under the DSO and that first became payable after the date of the filing of the petition.

WHEREFORE, OCSE prays that the Court deny confirmation of the plan, dismiss this case, and grant OCSE all other just and proper relief, including reimbursement of attorney's fees, to which it may be entitled.

Respectfully submitted,

/s/ Guilford Dudley

Guilford Dudley, OCSE Attorney
P.O. Box 8057
Little Rock, AR 72203
(501) 683-3983

**CERTIFICATE OF SERVICE**

The foregoing pleading was filed electronically with the Bankruptcy Court's filing system and upon filing, interested parties associated with this bankruptcy proceeding received an electronic notice of its filing.

/s/ Guilford Dudley