**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**N RE: JOSHUA ALLEN TERRY** — **Case No. 4:25-13419 (Chapter 13)**

**STATE OF ARKANSAS**
**OFFICE OF CHILD SUPPORT ENFORCEMENT**
Member Ref. No. 00102016 — **PETITIONER**

**vs.**

**JOSHUA ALLEN TERRY**
**DEBTOR** — **RESPONDENT**

**ORDER ON OBJECTION TO CONFIRMATION OF PLAN**

Before the Court is the objection filed by creditor State of Arkansas Office of Child Support Enforcement (OCSE) to confirmation of the plan of the debtor, Joshua Allen Terry.

1. OCSE's objection to confirmation of the plan [Docket Entry 18] set for hearing on January 15, 2026, is sustained.

2. OCSE is an interested party in this proceeding because it holds unsecured priority claim against the debtor. Specifically, OCSE has been assigned the interest of Andrea L. Rideout to collect a domestic-support obligation (DSO) of $110.00 weekly owed to her by the debtor.

3. As of January 5, 2026, the debtor has accrued post-petition DSO arrears in the amount of $1,166.00. By February 26, 2026, the debtor shall pay all post-petition DSO arrears that have accrued or that will accrue as of that date. If the debtor fails to timely pay all accrued post-petition DSO arrears, then upon OCSE's submission of a motion requesting that the Court issue an *ex parte* order dismissing the case, the Court will dismiss the case.

4. Within 45 days of entry of this order, the debtor shall amend § 4.5 of the plan to

EOD: January 13, 2026

address payment of pre-petition DSO arrears and remove the provision in § 6.1 of the plan regarding DSO payments.

5. Pursuant to 11 U.S.C. § 362(b)(2)(F), OCSE shall retain throughout the duration of this case the ability to intercept the debtor's tax refunds to be applied to outstanding DSO arrears as allowed under state and federal law.

**IT IS SO ORDERED.**

Honorable Bianca M. Rucker
United States Bankruptcy Judge
Dated: 01/13/2026

Prepared by:

/s/ Guilford Dudley
Guilford Dudley
Attorney for Creditor, State of Arkansas OCSE
P.O. Box 8057
Little Rock, AR 71103

Approved by:

, staff attorney for
Mark T. McCarty
Chapter 13 Standing Trustee

/s/ Vanessa Cash Adams
Vanessa Cash Adams
Law Office of Vanessa Cash
Adams, Inc.
PO Box 250056
Little Rock, AR 72225