# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0860−4 | User: admin | Date Created: 1/13/2026 |
| Case: 4:25−bk−13419 | Form ID: pdf03Ac | Total: 5 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov |
| tr | Mark T. McCarty | ecfmail@ch13ark.com |
| aty | Guilford Marion Dudley | Bankruptcy@ocse.arkansas.gov |
| aty | Vanessa Cash Adams | bk@cashanddoan.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Joshua Allen Terry | 2825 College Ave. Apt. 11 | Conway, AR 72032 |

TOTAL: 1