IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RE: Joshua Allen Terry

CASE NO: 4:25-bk-13419 R
Chapter 13

# MOTION TO DISMISS FOR FAILURE TO SUBMIT DOCUMENTATION

COMES now Mark T. McCarty, Standing Trustee for Chapter 13 cases and for his Motion to Dismiss states:

1. That an order was entered on 01/16/2026 requiring the debtor to file proof of filing of all required income tax returns and amended Schedules I & J within 21 days.

2. That the Trustee has not been served with the documentation nor has the debtor requested an extension of time within which to make such documentation.

WHEREFORE, your petitioner prays for an order dismissing this case and for all other just and proper relief.

Date: 02/12/2026

/s/ Mark T. McCarty

Mark T. McCarty,
Chapter 13 Standing Trustee

cc: Joshua Allen Terry
2825 College Ave Apt 11
Conway, AR 72032

Vanessa Cash Adams (Noticed by ECF)
Law Office Of Vanessa Cash Adams Inc
P O Box 250056
Little Rock, AR 72225